UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROSSER INTERNATIONAL, INC.,

    Plaintiff

    v.        C-1-08-681

JACK ROUSE ASSOCIATES, INC.,

    Defendant

## ORDER

This matter is before the Court upon the Order and Report and Recommendation of the United States Magistrate Judge (doc. no. 59) to which neither party has objected.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 59) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE. The Motion to Dismiss filed by Counterclaim Defendants Griffin, Vaughan and Paul (doc. no. 26) is DENIED subject to re-filing after the completion of fact discovery or, in any event, by June 18, 2010.

This case is RECOMMITTED to the United States Magistrate Judge for further proceedings according to law.

IT IS SO ORDERED.

                      s/Herman J. Weber
                Herman J. Weber, Senior Judge
                United States District Court